# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Dylan Stephen Jayne
Plaintiff

V.

Google® Internet Search Engine Founders
defendant(s)

3: CV 07-1677

CIVIL CASE NO:

FILED SCRANTON SEP 18 2007

## COMPLAINT

1. The plaintiff Dylan Stephen Jayne prose a citizen of the County of Pike State of Pennsylvania, residing at 139 Millridge Drive Milford, Pennsylvania 18337 wishes to file a complaint under 42 U.S.C. 1983 denial of civil and Constitutional Rights.

2. The defendant is Google® internet search engine

3. STATEMENT OF CLAIM: I. Dylan Stephen Jayne, plaintiff, has a social security number that when the social Security number is turned upside down in its entierty it is a scrambled code that does spell the name Google®.

Dockets.Justia.com

2. Plaintiff has on file in Scranton Federal Civil Court in the state of Pennsylvania a Complaint No. 3:CV07-1113 that names Employees of Pike County Correctional Facility in charge of that Facility: Wardens, classification, Programs, and Psychitry

3. The UNITED STATES JUSTICE DEPARTMENT is heading the investigation into allegations of crimes against Humanity all or in part on Plaintiff of this complaint against Founders of Google® Search Engine on the Internet.

4. Plaintiff's safety is in jepordy.

5. Plaintiff's Social Security Number is [REDACTED]

6. Plaintiff had also been detained illegaly as a juvinile in the Milford, Pennsylvania County Court of Common Pleas.

7. Plaintiff had been harrassed up until the point of being Aggravatingly Assaulted by a Police officer in Milford, Pennsylvania as a News Cameraman on the job Douglas Dahl of TV13 video recorded the Assault.

8. Plaintiff spent Two years in jail under misdemeanor charges of Resisting Arrest and Public Drunkenness.

9. The Community of Milford, Pennsylvania in Pike County violated Dylan Stephen Jayne's right to due process for not coming foreward to Law Enforcement about the Assault.

10. The Commonwealth of Pennsylvania and other States of the same Standards of Commonwealth Law and Procedure may be the subject of restructuring by the UNITED STATES GOVERMENT.

11. Plaintiff DEMANDS $5,000,000,000.00 in damages from defendant(s) of Founders of the Internet Search Engine Google®.

12. Plaintiff is a UNITED STATES CITIZEN.

13. Plaintiff and defendant(s) have a responsibility to fight the War on Terrorism

14. Plaintiff's Constitutional Right to Privacey is being violated.

15. Plaintiff discovered this Code of plaintiff's Social Security Number on 9/16/07 September 16, 2007.

16. Plaintiff and defendant(s) could be subjected to detainment by The UNITED STATES OF AMERICA for suspition or acts and/or assisting in Terrorism or Affiliating with Terrorist Organizations.

4. WHEREFORE, plaintiff prays that a. Scranton Federal Court in Pennsylvania assume jurisdiction over this matter.

b. Declare that the defendant(s) conspired to violate plaintiff's Constitutional and Civil Rights.

c. Your Honor not transfer venue of this matter.

d. Award damages set forth in plaintiff's complaint.

e. Your Honor Order the defendant(s) to issue a first check of $250,000.00 and a second check in the amount that remains.

f. Your Honor Order a gag order on all Parties affiliated with this Complaint such as Plaintiff, Defendant(s) and the Attorney's involved to include the filing Clerk as well.

g. Sealing of the record from the Public.

h. Grant Jurisdiction to the UNITED STATES JUSTICE DEPARTMENT to unseal for the purpose of National Security and/or Prosecuterol efforts.

i. Deny all Avenue of Appeals for denfendant(s).

j. Your Honor TeleFax the Order of Summary Judgement to the Defendant(s) appropriate account holder.

Dylan Stephen Jayne

PRO SE Plaintiff

United States District Court
For The Middle District of Pennsylvania

Request to proceed in
In forma Pauperis

CIVIL CASE NO: ______

Dylan Stephen Jayne
139 Millridge Drive
Milford, P.a. 18337

Social Security Number: [redacted]
Date of Birth: November 20, 1982.
Place of Birth: Morristown, New Jersey

Valuables: one Burton Fish Snow Board value $200.00

Bank account: Wachovia Bank Checking Account Number [redacted] overdrafted account closed.

Date: September 17, 2007 Dylan Stephen Jayne

PROSE Plaintiff

REGARDLESS OF WEIGHT
DOMESTIC USE ONLY

Recycled

CALL 1-800-222-1811 FOR PICKUP OR TRACKING OF ALL YOUR PACKAGES

EXPRESS MAIL
UNITED STATES POSTAL SERVICE

UNITED STATES POSTAL SERVICE

0000

U.S. POSTAGE
PAID
MILFORD, PA
18337
SEP 17, 07
AMOUNT
$18.40
00056519-06

EB574127020US

EXPRESS MAIL
UNITED STATES POSTAL SERVICE

Addressee Copy
Label 11-B, March 2004

Post Office To Addressee

RECEIVED

DELIVERY (POSTAL USE ONLY)

2007

MARY E. D'ANDREA, CLERK

Per

DEPUTY CLERK

ORIGIN (POSTAL SERVICE USE ONLY)

CUSTOMER USE ONLY

WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY
Weekend Holiday

Mailer Signature

PRESS HARD. YOU ARE MAKING 3 COPIES.

FROM: (PLEASE PRINT) PHONE ( )

TO: (PLEASE PRINT) PHONE ( )

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

EMS

many

This packaging is the property of the U.S. Postal Service and is provided solely for use in sending Express Mail. Misuse may be a violation of federal law.

EP-13F February 2002

© USPS 1995