United States District Court
For The Middle District of Pennsylvania

Dylan Stephen Jayne
        plaintiff
            V.
Google ® Internet Search Engine
Founders
        defendant(s)

3: C. 07 - 1677

CIVIL CASE NO: _____

FILED
SCRANTON

SEP 2007

PER _____ CLERK

## E X H I B I T S

1. Exhibit "A" a. Pennsylvania Drivers License
   b. Pennsylvania Identifacation Card
   c. Plaintiff's Social Security Card front and back copy of each
   d. Wachovia Routing number and plaintiffs account number
   e. Current Pennsylvania ACCESS CARD of Plaintiff.
   f. Plaintiffs Wachovia Debit Card and ATM Card.
   g. Plaintiff's Pike County Library Card of Pennsylvania.
2. Exhibit "B" a. Four pages of Plaintiff's Social Security Statement.

3. Exhibit "C" a. Overdrafted Account Notice from Wachovia Bank. Two pages.
   b. Plaintiffs current Wachovia banking Statement for plaintiff's Checking Account and
   only account currently. Three pages of Checking account Statement.
4. Exhibit "D" a. Sense of the Code to plaintiff's Social Security Number. —
   - One page.
5. Exhibit "E" a. VHS of Assault, one copy wrapped in paper.
6. Exhibit "F" a. Evidence of case 3:cv07-1113, one copy.
7. Exhibit "G" a. Privacy Release, Two pages.

Dylan Stephen Jayne

PRO SE   Plaintiff

Exhibit
"A"

This card is the official verification of your Social Security number.
Please sign it right away. Keep it in a safe place.

Improper use of this card or number by anyone is punishable by fine,
imprisonment or both.

This card belongs to the Social Security Administration and you must
return it if we ask for it.

If you find a card that isn't yours, please return it to:
      Social Security Administration
      P.O. Box 33008, Baltimore, MD 21290-3008

For any other Social Security business/information, contact your
local Social Security office. If you write to the above address for any
business other than returning a found card, it will take longer for us
to answer your letter.

Social Security Administration
Form SSA-3000 (6-99)

091414188







WACHOVIA
Wachovia Bank, N.A.
wachovia.com






I agree to follow the policies and procedures of the library.
I accept the responsibility for:
• All materials checked out on this card
• Payment of any fine for overdue materials
• Payment for any lost or damaged materials
• Giving prompt notice of telephone or address change
• Reporting a lost card immediately
• A charge will be made for a replacement card
• Card must be presented each time materials are borrowed
• Card may be suspended or revoked for violation of Library Policies



AUTHORIZED SIGNATURE                                                  001913

# Pike County Public Library

## *"A Lifetime of Learning"*

### www.pcpl.org

Milford Branch
**Administrative Headquarters**
570-296-8211

Dingman Township Branch    Lackawaxen Township Branch
570-686-7045                        570-685-3100

Exhibit
"B"

*Prevent identity theft—protect your Social Security number*



# Your Social Security Statement

Prepared especially for Dylan S. Jayne

August 13, 2007



DYLAN S. JAYNE

*See inside for your personal information* ➡


*www.socialsecurity.gov*

## What's inside...

**Your Estimated Benefits** ...................................................2

**Your Earnings Record** ........................................................3

**Some Facts About Social Security** ....................................4

**If You Need More Information** .........................................4

**To Request This *Statement* In Spanish** ..........................4
*(Para Solicitar Una Declaración en Español)*

# What Social Security Means To You

This *Social Security Statement* can help you better plan for your financial future. It gives you estimates of your Social Security benefits under current law and updates your latest reported earnings.

Please read this *Statement* carefully. If you see a mistake, please let us know. That's important because your benefits will be based on our record of your lifetime earnings. We recommend you keep a copy of your *Statement* with your financial records.

**Social Security is for people of all ages...**
It's more than a retirement program. Social Security also can provide benefits if you become disabled and help support your family when you die.

**Work to build a secure future...**
Social Security is the largest source of income for most elderly Americans today, but Social Security was never intended to be your only source of income when you retire. You also will need other savings, investments, pensions or retirement accounts to make sure you have enough money to live comfortably when you retire.

Saving and investing wisely are important not only for you and your family, but for the entire country. If you want to learn more about how and why to save, you should visit *www.mymoney.gov*, a federal government website dedicated to teaching all Americans the basics of financial management.

**About Social Security's future...**
Social Security is a compact between generations. For decades, America has kept the promise of security for its workers and their families. Now, however, the Social Security system is facing serious financial problems, and action is needed soon to make sure the system will be sound when today's younger workers are ready for retirement.

In 2017 we will begin paying more in benefits than we collect in taxes. Without changes, by 2041 the Social Security Trust Fund will be exhausted* and there will be enough money to pay only about 75 cents for each dollar of scheduled benefits. We need to resolve these issues soon to make sure Social Security continues to provide a foundation of protection for future generations.

**Social Security on the Net...**
Visit *www.socialsecurity.gov* on the Internet to learn more about Social Security. You can read our publications, use the *Social Security Benefit Calculators* to calculate future benefits or use our easy online forms to apply for benefits.

Michael J. Astrue
Commissioner

\* These estimates are based on the intermediate assumptions from the Social Security Trustees' Annual Report to the Congress.

# Your Estimated Benefits

**\*Retirement**  To get retirement benefits, you need 40 credits of work. Your record shows you have at least 2 credits at this time, including assumed credits for last year and this year if you continue to work.

**\*Disability**  To get benefits if you become disabled right now, you need 7 credits of work. You had to earn these credits after you turned age 21 and before you became disabled. Your record shows you do not have enough credits in the right time period.

**\*Family**  If you get retirement or disability benefits, your spouse and children also may qualify for benefits.

**\*Survivors**  For your family to get survivors benefits if you die this year, you must have 6 credits of work. Your record shows you have at least 2 credits at this time.

**Medicare**  To get Medicare benefits at age 65, you need 40 credits. At this time, you don't have enough credits to qualify for Medicare. However, if you don't have enough credits when you reach age 65, you may contact a local Social Security office to learn whether you're eligible to buy Medicare coverage.

**\*Your estimated benefits are based on current law. Congress has made changes to the law in the past and can do so at any time. The law governing benefit amounts may change because, by 2041, the payroll taxes collected will be enough to pay only about 75 percent of scheduled benefits.**

**We based your benefit estimates on these facts:**
Your date of birth . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Your estimated taxable earnings per year after 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Your Social Security number (only the last four digits are shown to help prevent identity theft) . . . .

# How Your Benefits Are Estimated

To qualify for benefits, you earn "credits" through your work — up to four each year. This year, for example, you earn one credit for each $1,000 of wages or self-employment income. When you've earned $4,000, you've earned your four credits for the year. Most people need 40 credits, earned over their working lifetime, to receive retirement benefits. For disability and survivors benefits, young people need fewer credits to be eligible.

We checked your records to see whether you have earned enough credits to qualify for benefits. If you haven't earned enough yet to qualify for any type of benefit, we can't give you a benefit estimate now. If you continue to work, we'll give you an estimate when you do qualify.

**What we assumed** — If you have enough work credits, we estimated your benefit amounts using your average earnings over your working lifetime. For 2007 and later (up to retirement age), we assumed you'll continue to work and make about the same as you did in 2005 and 2006. We also included credits we assumed you earned last year and this year.

Generally, estimates for older workers are more accurate than those for younger workers because they're based on a longer earnings history with fewer uncertainties such as earnings fluctuations and future law changes.

These estimates are in today's dollars. After you start receiving benefits, they will be adjusted for cost-of-living increases.

We can't provide your actual benefit amount until you apply for benefits. **And that amount may differ from the estimates stated above because:**

(1) Your earnings may increase or decrease in the future.

(2) Your estimated benefits are based on current law. **The law governing benefit amounts may change.**

(3) Your benefit amount may be affected by **military service, railroad employment or pensions earned through work on which you did not pay Social Security tax.** Following are two specific instances. You can also visit *www.socialsecurity.gov/mystatement* to see whether your Social Security benefit amount will be affected.

**Windfall Elimination Provision (WEP)** — In the future, if you receive a pension from employment in which you do not pay Social Security taxes, such as some federal, state or local government work, some nonprofit organizations or foreign employment, and you also qualify for your own Social Security retirement or disability benefit, your Social Security benefit may be reduced, but not eliminated, by WEP. The amount of the reduction, if any, depends on your earnings and number of years in jobs in which you paid Social Security taxes, and the year you are age 62 or become disabled. For more information, please see *Windfall Elimination Provision* (Publication No. 05-10045) at *www.socialsecurity.gov/WEP.*

**Government Pension Offset (GPO)** — If you receive a pension based on federal, state or local government work in which you did not pay Social Security taxes and you qualify, now or in the future, for Social Security benefits as a current or former spouse, widow or widower, you are likely to be affected by GPO. If GPO applies, your Social Security benefit will be reduced by an amount equal to two-thirds of your government pension, and could be reduced to zero. Even if your benefit is reduced to zero, you will be eligible for Medicare at age 65 on your spouse's record. To learn more, please see *Government Pension Offset* (Publication No. 05-10007) at *www.socialsecurity.gov/GPO.*

# Your Earnings Record



| Years You Worked | Your Taxed Social Security Earnings | Your Taxed Medicare Earnings |
|---|---|---|
| 1999 | | |
| 2000 | | |
| 2001 | | |
| 2002 | | |
| 2003 | | |
| 2004 | | |
| 2005 | | |
| 2006 | | |

You and your family may be eligible for valuable benefits:

When you die, your family may be eligible to receive survivors benefits.

Social Security may help you if you become disabled—even at a young age.

A young person who has worked and paid Social Security taxes in as few as two years can be eligible for disability benefits.

Social Security credits you earn move with you from job to job throughout your career.

**Total Social Security and Medicare taxes paid over your working career through the last year reported on the chart above:**

Estimated taxes paid for Social Security:        Estimated taxes paid for Medicare:

You paid:                                        You paid:

Your employers paid:                             Your employers paid:

**Note: You currently pay 6.2 percent of your salary, up to $97,500, in Social Security taxes and 1.45 percent in Medicare taxes on your entire salary. Your employer also pays 6.2 percent in Social Security taxes and 1.45 percent in Medicare taxes for you. If you are self-employed, you pay the combined employee and employer amount of 12.4 percent in Social Security taxes and 2.9 percent in Medicare taxes on your net earnings.**

# Help Us Keep Your Earnings Record Accurate

You, your employer and Social Security share responsibility for the accuracy of your earnings record. Since you began working, we recorded your reported earnings under your name and Social Security number. We have updated your record each time your employer (or you, if you're self-employed) reported your earnings.

Remember, it's your earnings, not the amount of taxes you paid or the number of credits you've earned, that determine your benefit amount. When we figure that amount, we base it on your average earnings over your lifetime. If our records are wrong, you may not receive all the benefits to which you're entitled.

**Review this chart carefully** using your own records to make sure our information is correct and that we've recorded each year you worked. You're the only person who can look at the earnings chart and know whether it is complete and correct.

Some or all of your earnings from **last year** may not be shown on your *Statement*. It could be that we still were processing last year's earnings reports when your *Statement* was prepared. Your complete earnings for last year will be shown on next year's *Statement*. **Note:** If you worked for more than one employer during any year, or if you had both earnings and self-employment income, we combined your earnings for the year.

**There's a limit on the amount of earnings on which you pay Social Security taxes each year.** The limit increases yearly. Earnings above the limit will not appear on your earnings chart as Social Security earnings. (For Medicare taxes, the maximum earnings amount began rising in 1991. Since 1994, **all** of your earnings are taxed for Medicare.)

**Call us right away at 1-800-772-1213** (7 a.m.–7 p.m. your local time) if any earnings for years **before last year** are shown incorrectly. If possible, please have your W-2 or tax return for those years available. (If you live outside the U.S., follow the directions at the bottom of page 4.)

# Some Facts About Social Security

### About Social Security and Medicare...

Social Security pays retirement, disability, family and survivors benefits. Medicare, a separate program run by the Centers for Medicare & Medicaid Services, helps pay for inpatient hospital care, nursing care, doctors' fees, and other medical services and supplies to people age 65 and older, or to people who have been receiving Social Security disability benefits for two years or more. Your Social Security covered earnings qualify you for both programs. For more information about Medicare, visit *www.medicare.gov* or call **1-800-633-4227** (TTY **1-877-486-2048** if you are deaf or hard of hearing).

**Retirement** — If you were born before 1938, your full retirement age is 65. Because of a 1983 change in the law, the full retirement age will increase gradually to 67 for people born in 1960 and later.

Some people retire before their full retirement age. You can retire as early as 62 and take benefits at a reduced rate. If you work after your full retirement age, you can receive higher benefits because of additional earnings and credits for delayed retirement.

**Disability** — If you become disabled before full retirement age, you can receive disability benefits after six months if you have:
- — enough credits from earnings (depending on your age, you must have earned six to 20 of your credits in the three to 10 years before you became disabled); and
- — a physical or mental impairment that's expected to prevent you from doing "substantial" work for a year or more *or* result in death.

**Family** — If you're eligible for disability or retirement benefits, your current or divorced spouse, minor children or adult children disabled before age 22 also may receive benefits. Each may qualify for up to about 50 percent of your benefit amount. The total amount depends on how many family members qualify.

**Survivors** — When you die, certain members of your family may be eligible for benefits:
- — your spouse age 60 or older (50 or older if disabled, or any age if caring for your children younger than age 16); and
- — your children if unmarried and younger than age 18, still in school and younger than 19 years old, or adult children disabled before age 22.
If you are divorced, your ex-spouse could be eligible for a widow's or widower's benefit on your record when you die.

**Extra Help with Medicare** — If you know someone who is on Medicare and has limited income and resources, extra help is available for prescription drug costs. The extra help can pay the monthly premiums, annual deductibles and prescription co-payments. To learn more or to apply, visit *www.socialsecurity.gov* or call **1-800-772-1213** (TTY **1-800-325-0778**).

### Receive benefits and still work...

You can work and still get retirement or survivors benefits. If you're younger than your full retirement age, there are limits on how much you can earn without affecting your benefit amount. When you apply for benefits, we'll tell you what the limits are and whether work would affect your monthly benefits. When you reach full retirement age, the earnings limits no longer apply.

### Before you decide to retire...

Carefully consider the advantages and disadvantages of early retirement. If you choose to receive benefits before you reach full retirement age, your benefits will be permanently reduced. However, you'll receive benefits for a longer period of time.

To help you decide the best time to retire, we offer a free booklet, *Social Security — Retirement Benefits* (Publication No. 05-10035), that provides specific information about retirement. You can calculate future retirement benefits on our website at *www.socialsecurity.gov* by using the *Social Security Benefit Calculators.*

Other helpful free publications include:
- — *Understanding The Benefits* (No. 05-10024)
- — *Your Retirement Benefit: How It Is Figured* (No. 05-10070)
- — *Windfall Elimination Provision* (No. 05-10045)
- — *Government Pension Offset* (No. 05-10007)
- — *Identity Theft And Your Social Security Number* (No. 05-10064)

We also have other leaflets and fact sheets with information about specific topics such as military service, self-employment or foreign employment. You can request Social Security publications at our website, *www.socialsecurity.gov*, or by calling us at **1-800-772-1213**. Our website has a list of frequently asked questions that may answer questions you have. We have easy-to-use online applications for benefits that can save you a telephone call or a trip to a field office.

**If you need more information–** Visit *www.socialsecurity.gov/mystatement* on the Internet, contact any Social Security office, call **1-800-772-1213** or write to Social Security Administration, Office of Earnings Operations, P.O. Box 33026, Baltimore, MD 21290-3026. If you're deaf or hard of hearing, call TTY **1-800-325-0778**. If you have questions about your personal information, you must provide your complete Social Security number. If your address is incorrect on this *Statement*, ask the Internal Revenue Service to send you a Form 8822. We don't keep your address if you're not receiving Social Security benefits.

**Para solicitar una *Declaración* en español, llame al 1-800-772-1213**

Exhibit
"C11

**WACHOVIA**

WACHOVIA BANK, N.A.
Dept. VA7380
PO BOX 40051
Roanoke, VA 24022-0351

FIRST CLASS MAIL
U.S. POSTAGE
PRESORTED PAID
CHARLOTTE, NC
PERMIT NO. 3451

# I M P O R T A N T   N O T I C E   I N S I D E

DYLAN STEPHEN JAYNE

(detach here before mailing)

**To request information about other Wachovia services, check the box below, affix postage and return this form.**

DYLAN STEPHEN JAYNE

☐ Please send me your brochure on Checking and Savings Options.

**Thank you for banking at Wachovia.**



PLACE
STAMP
HERE

WACHOVIA BANK, N.A.
CORRESPONDENCE TEAM NC8502
P.O. BOX 563966
CHARLOTTE, NC 28256-3966



**DYLAN STEPHEN JAYNE**

# Free Checking

7/25/2007 thru 8/21/2007

Account owner(s):    DYLAN STEPHEN JAYNE

## Account Summary

## Deposits and Other Credits

| Date | Amount | Description |
|------|--------|-------------|
|      |        | COUNTER DEPOSIT |
|      |        | INSUFFICIENT FUNDS/OD FEE REFUND |

## Checks

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|--------|--------|------|--------|--------|------|--------|--------|------|

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|

*Other Withdrawals and Service Fees continued on next page.*

**WACHOVIA BANK, N.A., MILFORD**

**Free Checking**



**WACHOVIA**

## Other Withdrawals and Service Fees   *continued*

*Date*　　　　*Amount*　*Description*





**Free Checking**

**WACHOVIA**

## Customer Service Information

| | Phone number | Address |
|---|---|---|
| Checking & Savings Accounts, Check Card & ATM Card | 800-WACHOVIA 800-922-4684 | WACHOVIA BANK, NATIONAL ASSOCIATION NC8502 |
| TDD   (For the Hearing Impaired) | 800-835-7721 | P O BOX 563966 |
| En español para cuentas corrientes y de ahorros | 800-326-8977 | CHARLOTTE NC 28262-3966 |
| Bank By Mail (Deposits Only) | | WACHOVIA BANK, NATIONAL ASSOCIATION VA3289 |
| | | P O BOX 26090 |
| | | RICHMOND VA  23260-6090 |
| Consumer Loan Accounts | 800-347-1131 | WACHOVIA BANK, NATIONAL ASSOCIATION VA0343 |
| | | P O BOX 13327 |
| | | ROANOKE VA 24040-0343 |

### To Balance Your Account

1. Compare your account register to your account statement for unrecorded transactions (such as ATM, Check Card, Interest earned, fees, etc.)  Your new account register total should match the adjusted balance in line 6 below.

2. Write in the closing balance shown on the front of account statement.  _____

3. Write in any deposits you have made since the date of this statement.  _____
_____
_____
_____

4. Add together amounts listed above in steps 2 and 3.  _____

5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here.  _____

6. Subtract the amount in line 5 from the amount in line 4.  This is your adjusted balance and should match the balance in Step 1 above.  _____

**List Outstanding Checks and Withdrawals**

| Ck. No. | Amount | Ck. No. | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 800-WACHOVIA, 800-922-4684, or write to us at WACHOVIA BANK, NATIONAL ASSOCIATION, NC8502, P O BOX 563966, CHARLOTTE NC 28262-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error.  You will have use of the money during the time it takes us to complete our investigation.

WACHOVIA BANK, N.A. IS MEMBER FDIC

Exhibit
"D"

I live in Pennsylvania

N.B.A. Philadelphia 76er's



Exhibit
"E"

VIDEO TAPE

Exhibit
"F"



Exhibit
"G"

# ARLEN SPECTER
# U.S. SENATOR - PENNSYLVANIA

Dear Friend:

Thank you for your request that I contact a Federal agency on your behalf for information or assistance. I am pleased to assist you with this matter.

Under the Privacy Act of 1974, written permission of the individual whose records will be disclosed is required. This law was written to protect every American citizen from unauthorized disclosure of personal information without proper consent.

If the person whose file is involved will fill out the release form below, remembering to sign and date it, and return or fax it to the state office closest to you, I will make an inquiry on your behalf.

I grant permission to U.S. Senator Arlen Specter to request information on my behalf.

NAME Dylan Stephen Jayne

ADDRESS ███████████████

CITY █████████ STATE Pa. ZIP CODE ████████

TELEPHONE ████████████

SOCIAL SECURITY# (if appropriate) ███████████

CLAIM OR I.D. NUMBER (if appropriate) Federal Case No. 3:07-cv-01113

FEDERAL AGENCY INVOLVED Justice Dept Wash. D.C. Federal Civil Court Scranton Pa. Pike County Correctional Facility

PROBLEM OR ASSISTANCE NEEDED Perjury to Pa. House of Reps. and Senate in April 2007. Subpoena Records From P.C.C.F. to show the Wardens should be prosecuted for perjury at this time and further charges when the J.D. in Wash. D.C. is told to make what I send them a top priority.

SIGNATURE _____ DATE 8/27/07

# ARLEN SPECTER
# U.S. SENATOR - PENNSYLVANIA

Dear Friend:

Thank you for your request that I contact a Federal agency on your behalf for information or assistance. I am pleased to assist you with this matter.

Under the Privacy Act of 1974, written permission of the individual whose records will be disclosed is required. This law was written to protect every American citizen from unauthorized disclosure of personal information without proper consent.

If the person whose file is involved will fill out the release form below, remembering to sign and date it, and return or fax it to the state office closest to you, I will make an inquiry on your behalf.

I grant permission to U.S. Senator Arlen Specter to request information on my behalf.

NAME _Dylan Stephen Jayne_ What can I do about getting the envelope appropritly printed and Logged As Evidence? I ne wing to Congressman Carney is violjale, Video of Assault tooby Police by News 13,

ADDRESS _____

CITY _____ STATE _Pa._ ZIP CODE _____

TELEPHONE _____

SOCIAL SECURITY# (if appropriate) _____

CLAIM OR I.D. NUMBER (if appropriate) _____

FEDERAL AGENCY INVOLVED _Congressman Carney Chris  Pike County Correction Facility_ _Wilkes-Barre office of Hearings and Appeals SSI,_ _Justice Department D.C., Scranton Federal Civil Court_

PROBLEM OR ASSISTANCE NEEDED _contact congressman Carney_ _Inquiry in violation of_ _State and Federal Laws by the County of Pike of the_ _State Pennslvania. County Jail, County Majestrate, County_ _Public Defenders Office County Court Milford Police and_ _Surrounding Police Departments, Health Care in Pike County_ _Jail, They refused me anxiety medication for my High Blood Pressure_ _Outside of Jail that man and Woman then perscribed it. I could have died in jail._

SIGNATURE _____    DATE _8/14/07_