United States District Court
For The Middle District Of Pennsylvania

Dylan Stephen Jayne
Plaintiff
v.

Google® Internet Search Engine. Founders
defendant(s)

CIVIL CASE NO: _____

FILED
SCRANTON
SEP 18 2007
[signature] CLERK

## SUMMARY JUDGEMENT MOTION

1. Plaintiff wishes Your Honor Order Summary Judgement under Fed. R. Civ. 56.1.

_Dylan Stephen Jayne_
PRO SE Plaintiff