United States District Court
For The Middle District of Pennsylvania

Dylan Stephen Jayne
    plaintiff
        v.
Google® Internet Search Engine
Founders
    defendant(s)

CIVIL CASE NO: _____

FILED
SCRANTON
SEP 18 2007
[signature] CLERK

## FACTS OF SUMMARY JUDGEMENT MOTION

1. A Person regardless of race or religion that wishes to cause acts of Terrorism would look for Social Security Numbers that are made readily availible on the Public Use Databases.

2. In past Federal Communication Center approvels for movies a Terrorist would look for the most obvious movies and intellegently design a method to put information together to make sense of a persons identity.

3. There is no defense that can pursue this matter. It is clear and concise error or lack of judgement on part of the defendant(s).

4. The "I don't Know" defense obviously is a waste of money, time, and puts the lives of Americans and Illegal Aleins at risk of death or serious undress.

5. The matter of National Security is at Risk and the plaintiff is in grave danger. Immediate action with or without the defendant(s) or the Attorney(s) forth with the defendant(s) is strictly up to your National Security Laws your Honor.

6. Plaintiff wherefore measureable grants approvel to your Honor permission to contact the appropriate Justice Department in the District of Columbia and/or White House and/or Homeland Security.

[signature] Dylan Stephen Jayne
PRO SE Plaintiff