United States District Court
For The Middle District Of Pennsylvania

Dylan Stephen Jayne
  Plaintiff

V.

Google® Internet Search Engine
Founders
  defendant(s)

CIVIL CASE NO: _____

FILED
SCRANTON
SEP 18 2007
_____
DEPUTY CLERK

## MOTION TO EXPODITE SUMMARY JUDGEMENT ORDER

1. Plaintiff wishes your Honor Expodite your Honor's Order on plaintiffs Summary Judgement Motion.

2. The very livelyhood of plaintiff's life is at stake.

*/s/ Dylan Stephen Jayne*
PRO SE Plaintiff