United States District Court
For The Middle District Of Pennsylvania

Dylan Stephen Jayne
plaintiff
v.

Google ® Internet Search Engine
Founders
defendant(s)

CIVIL CASE NO: _____

FILED
SEP 18 2007
CLERK

## MOTION TO EXPODITE SUMMARY JUDGEMENT MOTION

1. Plaintiff wishes your Honor Expodite the Motion of Summary Judgement Motion.

2. Plaintiff reserves the right to due process of the Expodition of this Summary Judgement Motion for plaintiffs life could be in danger.

*Dylan Stephen Jayne*
PRO SE Plaintiff