United States District Court
For The Middle District Of Pennsylvania

Dylan Stephen Jayne
 Plaintiff
  v.

Google@ Internet Search Engine Founders
  defendant(s)

CIVIL CASE NO: _____

FILED
SEP 1* 2007

## MOTION TO FILE EXHIBITS

1. Plaintiff wishes permission to File Exhibits of Evidence "A", "B", "C", "D", "E", "F", "G".

_Dylan Stephen Jayne_
PRO SE Plaintiff