United States District Court
For The Middle District of Pennsylvania

Dylan Stephen Jayne
   Plaintiff
      v.
Google® Internet Search Engine Founders
   defendant(s)

3:0? — ?

CIVIL CASE NO: _____



FILED
SCRANTON
SEP 18 2007

## MOTION TO EXPODITE FILING OF EXHIBITS

1. Plaintiff wishes your Honor to Expodite the Filing of Exhits "A","B","C","D","E","F","G".

2. The Expodition of the Exhibits being filed is, a crucial life plaintiffs safety.

3. Expoditing the Exhibits for plaintiff will provide you a firsthand reconsolidation of Fact.

_Dylan Stephen Jayne_
PRO SE Plaintiff