United States District Court
For The Middle District of Pennsylvania

Dylan Stephen Jayne
Plaintiff
v.
Google® Internet Search Engine Founders
defendant(s)

CIVIL CASE NO: _____

FILED
SEP [ ] 2007

### ORDER TO EXPODITE FILLING ORDER ON COMPLAINT

1. Plaintiff wishes to Expodite the Proceedings to the Complaint being filed and Ordered upon.

2. Not Expoditing these proceedings jeperdizes the safety of The UNITED STATES OF AMERICA and plaintiff of National Security.

_Dylan Stephen Jayne_
PRO SE Plaintiff