United States District Court
For The Middle District Of Pennsylvania

Dylan Stephen Jayne
Plaintiff
V.

Google® Internet Search Engine, Founders
defendant(s)

CIVIL CASE NO:

FILED
SCRANTON
SEP 18 2007

## MOTION TO EXPODITE PAYMENT FROM DEFENDANT

1. Plaintiff wishes your Honor Expodite payment to Dylan Stephen Jayne from defendant(s).

2. The ever present possibility of restructuring the Laws of Pennsylvania puts the plaintiff in grave danger by the Community, it being so small of a town.

*Dylan Stephen Jayne*

PROSE Plaintiff